UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR M. MELENDEZ COLON,
    Plaintiff

vs.

UNITED STATES OF AMERICA,
    Defendants

CIVIL NO. 97-2192 (JP)

RECEIVED & FILED
'00 FEB 17 AM 8 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 3, 2000<br>**Docket:** 52<br>[ ] Plffs   [X] Defts<br>**Title:** Informative Motion | **GRANTED.** Defendant **SHALL** correct the deficiencies in its Verified Bill of Costs on or before **February 18, 2000.** |

Date: 2/16/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:   EOD:

By: mo   #55

3

4a