UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR M. MELENDEZ COLON,
   Plaintiff

vs.                                                CIVIL NO. 97-2192 (JP)

UNITED STATES OF AMERICA,
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 26, 2001<br>**Docket:** 60<br>[ ] Plffs    [X] Defts<br><br>**Title:** Motion to Extend Time | **DENIED.** Defendant's Motion is hereby **DENIED AS MOOT.** |

Date: 3/11/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 61